■ BARNABY CONCRETE CORP., Respondent, v. INTER-COUNTY DEVELOPMENT CORPORATION, Appellant, and AMERICAN HARD WALL PLASTER COMPANY et al., Respondents.— Order unanimously affirmed in the interest of justice and as a matter of discretion, without costs of this appeal to any party. The date of the trial of the case is to be set not sooner than 30 days after the date of the order to be entered herein, the exact date to be fixed by the Calendar Judge presiding at the November Trial Term. (Appeal from order of Oneida Trial Term granting a preference and denying defendant's cross motion to vacate a notice of issue.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES B. GILLESPIE, Appellant.— Motion for reargument denied. (See *People* v. *Williams*, 6 N Y 2d 193 and cases therein cited.) Present — Williams, P. J., Bastow, Goldman and Del Vecchio, JJ.

■ In the Matter of FRANK PITTERMAN, an Attorney.— Resignation from the Bar accepted and name stricken from roll of attorneys and counselors at law. Memorandum: This attorney having resigned "for due cause", the resignation is accepted and his name stricken from the roll of attorneys. All concur. Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ. (Order entered Oct. 25, 1965).

■ In the Matter of JOHN J. CHADWICK, an Attorney.— Resignation from the Bar accepted and name stricken from the roll of attorneys and counselors at law. All concur. Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ. (Order entered Oct. 26, 1965).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SALADIN, Appellant.— Time for argument of appeal enlarged to include January 1966 Term, and in all other respects motion denied. Memorandum: On September 24, 1964 by appropriate order we granted leave to appellant to proceed as a poor person. The present claim of appellant that the trial record is insufficient may not be passed on by this court. Such relief should be sought from the trial court by application to settle the record.